NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ASIA VITAL COMPONENTS CO., LTD.,**
*Plaintiff-Appellant*

v.

**ASETEK DANMARK A/S,**
*Defendant-Appellee*

2015-1597

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:14-cv-01293-LO-TCB, Judge Liam O'Grady.

**ON MOTION**

**O R D E R**

Asetek Danmark A/S moves for an extension of time to file its brief. Asia Vital Components Co., Ltd. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

2  ASIA VITAL COMPONENTS CO. v. ASETEK DANMARK A/S

The motion is granted to the extent that Asetek Danmark's opening brief is due no later than October 13, 2015.* No further extensions should be anticipated.

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

s26

---

* The requested date, October 12, 2015, is a holiday.